| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*                                  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CAH Acquisition Company 12, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Fairfax Community Hospital** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1730967** |
| 4. | Debtor's address | **Principal place of business**<br><br>**40 Hospital Road**<br>**Fairfax, OK 74637**<br>Number, Street, City, State & ZIP Code<br><br>**Osage**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 955734**<br>**Saint Louis, MO 63195**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | http://www.fairfaxcommunityhospital.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **CAH Acquisition Company 12, LLC**  
        Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6221**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **Western District of Missouri** | **10/10/11** | **11-44749** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **CAH Acquisition Company #1, LLC d/b/a Washington Co. Hospital** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Eastern District of North Carolina** | When **2/19/19** | Case number, if known **19-00730-5-JNC** |

Debtor  **CAH Acquisition Company 12, LLC**                                Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
         Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency    _____
       Contact name    _____
       Phone            _____

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **CAH Acquisition Company 12, LLC**
Name

Case number (*if known*)

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2019**
MM / DD / YYYY

X   **/s/ Jorge Perez**                                    **Jorge Perez**
Signature of authorized representative of debtor           Printed name

Title   **Board Chairman**

**18. Signature of attorney**

X   **/s/ Rayford K. Adams III**                           Date   **March 17, 2019**
Signature of attorney for debtor                                  MM / DD / YYYY

**Rayford K. Adams III**
Printed name

**Spilman Thomas & Battle, PLLC**
Firm name

**110 Oakwood Drive**
**Suite 500**
**Winston Salem, NC 27103**
Number, Street, City, State & ZIP Code

Contact phone   **336-725-4710**           Email address   **tadams@spilmanlaw.com**

**NC**
Bar number and State

Fill in this information to identify the case:

Debtor name: **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Beckman Coulter<br>250 South Kraemer Blvd.<br>Brea, CA 92820 | | Open account | | | | $7,926.93 |
| Gemino Healthcare Finance<br>1 International Plaza<br>Suite 220<br>Philadelphia, PA 19113 | | | | $4,600,000.00 | $0.00 | $4,600,000.00 |
| Hippa-Guard<br>1608 S. Ashland Ave #86038<br>Chicago, IL 60608 | | Open Account | | | | $29,538.00 |
| IHEALTHCARE INC<br>3901 NW 28th St., 2nd Floor<br>Miami, FL 33142 | | Open Account | | | | $472,625.00 |
| Lapcorp<br>PO Box 12140<br>Burlington, NC 27215 | | Open account | | | | $7,266.96 |
| Medline Indusstries, Inc.<br>8001 SW 47th Street<br>Wheatland, OK 73097 | | Open account | | | | $8,518.71 |
| Miller EMS, LLC<br>514 1st Street<br>Medford, OK 73759 | | Open Account | | | | $14,481.86 |
| Patriot Placement Staffing<br>2105 Briarwood Drive<br>Amarillo, TX 79124 | | Open Account | | | | $18,035.90 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **CAH Acquisition Company 12, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PLICO**<br>PO Box 1838<br>Oklahoma City, OK 73101 | | Open Account | | | | $12,010.50 |
| **PRN Funding LLC**<br>25101 Chagrin Blvd #250<br>Beachwood, OH 44122 | | Open account | | | | $9,188.50 |
| **Quality Systems, Inc.**<br>PO Bolx 511449<br>Los Angeles, CA 90051 | | Open Account | | | | $124,881.76 |
| **Reboot, Inc.**<br>PO Box 775535<br>Chicago, IL 60677 | | Open Account | | | | $57,744.00 |
| **Rural Community Hospitals of Americ**<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304 | | Open Account | | | | $338,178.30 |
| **Shared Medical Services, Inc.**<br>PO Box 330<br>Cottage Grove, WI 53527 | | Open Account | | | | $30,450.00 |
| **Shi Headquarters**<br>300 Davidson Ave<br>Somerset, NJ 08873 | | Open account | | | | $7,539.25 |
| **Sizewize**<br>PO Box 320<br>Ellis, KS 67637 | | Open account | | | | $10,075.02 |
| **Standley Systems**<br>PO Box 460<br>Chickasha, OK 73023 | | Open account | | | | $9,181.98 |
| **State of OK - OSU Cntr for Hlth Sci**<br>1111 W. 17th Street<br>Tulsa, OK 74107 | | Open account | | | | $7,410.00 |
| **Sysco Food Services**<br>PO Box 1127<br>Norman, OK 73070 | | Open account | | | | $10,307.89 |
| **Trucode LLC**<br>PO Box 5847<br>Alpharetta, GA 30023 | | Open Account | | | | $18,219.00 |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  CAH Acquisition Company 12, LLC                    Case No.
                                    Debtor(s)              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Board Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 17, 2019**                 **/s/ Jorge Perez**
                                          **Jorge Perez**/**Board Chairman**
                                          Signer/Title

A+ Printing
119 N. 3rd Street
Ponca City, OK 74601

American Osteopathoc Assoc.
142 E. Ontario Street
Chicago, IL 60611

Comtrix Solutions
22656 Philomont Ridge Court
Ashburn, VA 20148

AAAASF Office
PO Box 9500
Gurnee, IL 60031

Apria Healthcare, LLC
11414 East 51st Street, Suites D-F
Tulsa, OK 74146

Dock & Lock Storage
70 Industry Drive
West Haven, CT 06516

ABBVIE
ATTN: Dept V345
North Chicago, IL 60064

Auto Chlor Services, LLC
1714 SE 66th Street
Oklahoma City, OK 73149

Drugs of Abuse Testing Lab
2626 S. Sheridan Road
Tulsa, OK 74129

Accurad Medical Imaging Services
10830 E. Newton Place
Tulsa, OK 74116

BCBS New Mexico/PBPP
4411 The 25 Way
Albuquerque, NM 87109

Empower HMS
1700 Swift Avenue
Suite 200
Kansas City, MO 64116

Accuratenow
1930 North Poplar Street, Suite 20
Southern Pines, NC 28387

Beckman Coulter
250 South Kraemer Blvd.
Brea, CA 92820

EPIC
95 3rd Street NE
Waite Park, MN 56387

Advance Boiler Repr & SVC
36168 West Highway 51
Mannford, OK 74044

Bio-Tek Services, Inc.
5310 Laburnum Ave.
Henrico, VA 23231

EPower Doc, Inc.
PO Box 88218
Atlanta, GA 30356

Air Evac EMS
1001 Boardwalk Springs Pl., Ste 250
O Fallon, MO 63368

Briggs Corporation
4900 Univeristy Ave. Suite 200
West Des Moines, IA 50266

Evoqua Water Technologies LLC
210 Sixth Avenue
Pittsburgh, PA 15235

Airgas USA, LLC
1301 W. South Ave.
Ponca City, OK 74601

Byron Staples
401 S. 7th Street
Fairfax, OK 74637

Fairfax Chief
100 North 2nd Street
Fairfax, OK 74463-7000

Allred Recruiting Group
Po Box 7261
Shawnee Mission, KS 66207

Computer Products & Supplies Int.
975 Nimco Drive, Unit C
Crystal Lake, IL 60014

Family Discount Pharmacy
310 Fairview Ave
Ponca City, OK 74601

| | | |
|---|---|---|
| Fisher Scientific Company, LLC<br>300 Industry Drive<br>Pittsburgh, PA 15275 | Horizon Scientific, Inc.<br>125 Varnfield Drive<br>Summerville, SC 29483 | Medassure<br>920 E. County Line Road, Suite 10<br>Lakewood, NJ 08701 |
| Gas & Supply<br>125 Thruway Park<br>Broussard, LA 70518 | Hutchison Plumbing<br>1090 W, Cherokee Street<br>Jay, OK 74346 | Medline Indusstries, Inc.<br>8001 SW 47th Street<br>Wheatland, OK 73097 |
| GEHA<br>Po Box 21542<br>Eagan, MN 55121 | IHEALTHCARE INC<br>3901 NW 28th St., 2nd Floor<br>Miami, FL 33142 | Medusind, Inc.<br>7725 W. Reno Ave.<br>Oklahoma City, OK 73127 |
| Gemino Healthcare Finance<br>1 International Plaza<br>Suite 220<br>Philadelphia, PA 19113 | Indian Electric Coopr FMH<br>2506 E. Old Hwy 64<br>Cleveland, OK 74020 | Miller EMS, LLC<br>514 1st Street<br>Medford, OK 73759 |
| Grainger WW Inc.<br>10707 E. Pine Street<br>Tulsa, OK 74115 | KCI USA, Inc.<br>12930 Interstate Hwy 10 West<br>San Antonio, TX 78249 | Modular Space Corporation<br>120 Swedesford Road<br>Berwyn, PA 19312 |
| Heartland Pathology Consultant<br>3509 French Park Drive, Suite D<br>Edmond, OK 73034 | Kempton Company<br>13431 Broadway Ext.<br>Oklahoma City, OK 73114 | Mortara Instrument Inc.<br>7865 N 86 Street<br>Milwaukee, WI 53224 |
| HERC<br>1415 W. S. Ave<br>Ponca City, OK 74601 | Lapcorp<br>PO Box 12140<br>Burlington, NC 27215 | NOA Medical Supply<br>801 Terry Lane<br>Washington, MO 63090 |
| Hippa-Guard<br>1608 S. Ashland Ave #86038<br>Chicago, IL 60608 | Madison Medical<br>788 N. Jefferson St., #300<br>Milwaukee, WI 53202 | Nursing Homes, LTD. Oklahoma<br>SW of City<br>Nowata, OK 74048 |
| HMS Health, LLC<br>13520 Potomac Riding Lane<br>Potomac, MD 20850 | McKesson Corp<br>9954 Mayland Drive, Suite 4000<br>Richmond, VA 23233 | Office Depot<br>820 SW 74th Street<br>Oklahoma City, OK 73139 |

Oklahoma Advantage Storehouse, LLC
403 N. Main Street
Fairfax, OK 74637

PRN Funding LLC
25101 Chagrin Blvd #250
Beachwood, OH 44122

Standley Systems
PO Box 460
Chickasha, OK 73023


Oklahoma Blood Institute
4601 E 81st Street
Tulsa, OK 74137

Quality Systems, Inc.
PO Bolx 511449
Los Angeles, CA 90051

State of OK - OSU Cntr for Hlth S
1111 W. 17th Street
Tulsa, OK 74107


Pacific Medical, LLC
32981 Calle Perfecto
San Juan Capistrano, CA 92675

Reboot, Inc.
PO Box 775535
Chicago, IL 60677

Stericycl
PO Box 6575
Carol Stream, IL 60197


Passport Health Communications, Inc
3330 Northwest 56th Street #106
Oklahoma City, OK 73112

Respiratory Maintenance, Inc.
12312 Birch Street
Leawood, KS 66209

Sysco Food Services
PO Box 1127
Norman, OK 73070


Patriot Placement Staffing
2105 Briarwood Drive
Amarillo, TX 79124

Rural Community Hospitals of Americ
Attn: Steven F. White
700 Chappell Road
Charleston, WV 25304

The NatL Alliance of Rural Hospit
120 North Monroe St.
Tallahassee, FL 32308


Pawnee Chief
588 Illinois Street
Pawnee, OK 74058

Shared Medical Services, Inc.
PO Box 330
Cottage Grove, WI 53527

Town of Fairfax
PO Box 399
Fairfax, OK 74637


Piccpros, LLC
7146 S. Braden Ave., Suite 104
Tulsa, OK 74136

Shi Headquarters
300 Davidson Ave
Somerset, NJ 08873

Trainim Health Services
25197 Network Place
Chicago, IL 60673


PLICO
PO Box 1838
Oklahoma City, OK 73101

Shred It OK City
2616 Vermont Avenue
Oklahoma City, OK 73108

Tri-Tec Medical Inc.
2255 Germantown Road South
Germantown, TN 38138


Ponca City News
300 North Third
Ponca City, OK 74601

Sizewize
PO Box 320
Ellis, KS 67637

Trucode LLC
PO Box 5847
Alpharetta, GA 30023

United Linen & Uniform
PO Box 4586
Bartlesville, OK 74005


US Specialty Labs
11578 Sorrento Valley Road
San Diego, CA 92121


Verison Wireless Services, LLC
PO Box 660108
Dallas, TX 75266


Vonco Medical Products, Inc.
1625 W. Crosby Rd., Suite 120
Carrollton, TX 75006


Vyne Education, LLC
9020 Overlook Blvd, Suite 140
Brentwood, TN 37027


Wallach Surgical Devices
95 Corporate Drive
Trumbull, CT 06611


Works & Lentz of Tulsa, Inc.
1437 Boulder, Suite 900
Tulsa, OK 74149

# United States Bankruptcy Court
### Eastern District of North Carolina

In re: **CAH Acquisition Company 12, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CAH Acquisition Company 12, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 17, 2019**
Date

**/s/ Rayford K. Adams III**
**Rayford K. Adams III**
Signature of Attorney or Litigant
Counsel for **CAH Acquisition Company 12, LLC**
**Spilman Thomas & Battle, PLLC**
**110 Oakwood Drive**
**Suite 500**
**Winston Salem, NC 27103**
**336-725-4710 Fax:336-725-4476**
**tadams@spilmanlaw.com**