**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: )<br>)<br>CAH ACQUISITION COMPANY 12, LLC d/b/a )<br>FAIRFAX COMMUNITY HOSPITAL, )<br>)<br>Debtor. )<br>)<br>) | Case No. 19-01229-5-JNC<br><br>Chapter 11 |

### APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES

NOW COME Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), and submit this Application for Approval to Pay Co-Counsel for the Trustee's Fees, and show to the Court as follows:

1. Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC were employed as co-counsel for the Trustee, *Nunc Pro Tunc,* on April 17, 2019.

2. Hendren Redwine has rendered services to the Trustee including providing assistance and advising the Trustee with regard to administration of the case.

3. Hendren Redwine seeks authority to receive payment for fees in the amount of $4,148.75 and out-of-pocket expenses in the amount of $49.70 for services rendered from March 18, 2019 through March 29, 2019. A copy of the itemized invoice is attached hereto and marked as Exhibit "A".

4. A summary of the background and qualifications of Hendren Redwine is attached hereto and marked as Exhibit "B".

5. The amount to be paid to Hendren Redwine is fair and reasonable.

6. Payment to Hendren Redwine is in the best interest of the Estate.

WHEREFORE, Hendren Redwine requests payment for fees in the amount of $4,148.75 and out-of-pocket expenses in the amount of $49.70 for a total sum of $4,198.45 for services rendered in this bankruptcy Estate from March 18, 2019 through March 29, 2019.

DATED: April 30, 2019

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
HENDREN, REDWINE & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
CO-COUNSEL FOR CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of April, 2019, I served copies of the foregoing **Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 30, 2019

                                              s/Jason L. Hendren
                                              Jason L. Hendren
                                              NC State Bar No. 26869
                                              Rebecca F. Redwine
                                              NC State Bar No. 37012
                                              HENDREN, REDWINE & MALONE, PLLC
                                              4600 Marriott Drive, Suite 150
                                              Raleigh, NC 27612
                                              Telephone: (919) 573-1422
                                              Facsimile: (919) 420-0475
                                              Email: jhendren@hendrenmalone.com
                                              CO-COUNSEL FOR THE CHAPTER 11 TRUSTEE

TO:

| | |
|---|---|
| Marjorie K. Lynch<br>Office of the Bankruptcy Administrator | *(via CM/ECF)* |
| Thomas W. Waldrep<br>Chapter 11 Trustee | *(via CM/ECF)* |
| Rayford K. Adams, III<br>Counsel for the Debtor | *(via CM/ECF)* |



# Hendren, Redwine & Malone PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Ph:919-573-1426    Fax:919-420-0475

CAH Acquisition Company 12, LLC dba F        April 18, 2019
File #: 6426
Invoice #: 17845

**RE:** Counsel for the Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|
| Mar-18-19 | Preparation and conference with Trustee re: status of hospital operations and legal issues | 0.40 | 158.00 | JLH |
| Mar-18-19 | Review UCC research and hospital action list; Emails re action items; Meet with JG re first day issues; Emails from Lyday re same; Review payroll spreadsheet | 0.30 | 93.00 | RFR |
| Mar-18-19 | Preparation for and conference call with Waldrep Law re action items | 0.20 | 62.00 | RFR |
| Mar-18-19 | Review petition and emergency motion to appoint trustee; save to file | 0.10 | 13.00 | JG |
| Mar-18-19 | Review UCCs and edit summary chart; email same to Waldrep/JLH/RFR | 0.30 | 39.00 | JG |
| Mar-18-19 | Review docket; save docs to file; edit calendar | 0.10 | 13.00 | JG |
| Mar-19-19 | Efforts to respond to Fairfax City Attorney | 0.20 | 79.00 | JLH |
| Mar-19-19 | Update Trustee on status | 0.10 | 39.50 | JLH |
| Mar-19-19 | Telephone call with Hospital administrator and Receiver, Charlie Cartwright | 0.30 | 118.50 | JLH |
| Mar-19-19 | Legal Research authoirty to file bankruptcy | 0.50 | 197.50 | JLH |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Mar-19-19 | Preparation and telephone call with Receiver and counsel re: status of operations | 0.50 | 197.50 | JLH |
| Mar-19-19 | Preparation and telephone call with Trustee re: full update on Fairfax calls with Receiver | 0.50 | 197.50 | JLH |
| Mar-19-19 | Review payroll tax chart | 0.10 | 31.00 | RFR |
| Mar-19-19 | Telephone calls/emails re City Attorney of Fairfax; Meet with update re statsu of receiver | 0.20 | 62.00 | RFR |
| Mar-19-19 | Telephone call with receiver and Town of Fairfax attorney (0.5); Conference calls with Trustee and Debtors' attorney (0.7) | 1.20 | 372.00 | RFR |
| Mar-19-19 | Draft global summary of OK matters for Trustee re various receiver calls; Emails re same | 0.20 | 62.00 | RFR |
| Mar-19-19 | Meet with RFR re action items in HRM cases | 0.10 | 13.00 | JG |
| Mar-19-19 | Call to hospital re: status of operations; email to JLH/RFR | 0.10 | 13.00 | JG |
| Mar-19-19 | Call with Fairfax atty to schedule call with JLH/RFR | 0.10 | 13.00 | JG |
| Mar-19-19 | Call with Trustee and Debtors' counsel re status of cases and action items | 0.60 | 78.00 | JG |
| Mar-20-19 | Review action items for hospital; potential call with Receiver | 0.20 | 79.00 | JLH |
| Mar-20-19 | Preparation and telephone call with Trustee and local attorneys regarding Fairfax | 0.75 | 296.25 | JLH |
| Mar-20-19 | Correspondence with Clay Christensen re contempt order and time to speak with Trustee | 0.10 | 31.00 | RFR |
| Mar-20-19 | Review UCC and chart analysis; Emails re conference calls | 0.20 | 62.00 | RFR |
| Mar-20-19 | Follow up from JG re conference call and summary | 0.10 | 31.00 | RFR |
| Mar-20-19 | Telephone call with Clay Christensen, Receiver, Trustee | 0.90 | 279.00 | RFR |
| Mar-20-19 | Email to Court re: emergency motions and hearing date | 0.10 | 13.00 | JG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Mar-20-19 | Confirm receiver calls; email with Trustee re same | 0.10 | 13.00 | JG |
| Mar-20-19 | Review UCCs and preparation for call with receiver; edit summary | 0.20 | 26.00 | JG |
| Mar-20-19 | Email to Lyday and Trip re UCCs | 0.10 | 13.00 | JG |
| Mar-20-19 | Draft Motion for status conference; email to JLH/RFR for review; email to FM re motion to shorten notice | 0.10 | 13.00 | JG |
| Mar-20-19 | Draft Motion for Shorten Response Time and Setting Hearing; draft order re same | 0.20 | 26.00 | JG |
| Mar-20-19 | Draft App to Employ Slack in CAH 12, affidavit and order | 0.40 | 52.00 | JG |
| Mar-20-19 | Email to Frank/Noel re: 4002 documents | 0.10 | 13.00 | JG |
| Mar-21-19 | Telephone call with co-counsel re: cost reports for Fairfax | 0.20 | 79.00 | JLH |
| Mar-21-19 | Telephone call with Trustee re: update on Fairfax hospital | 0.30 | 118.50 | JLH |
| Mar-21-19 | Negotiations with Matt Slack re: cost report services | 0.40 | 158.00 | JLH |
| Mar-21-19 | Email to potential DIP lender | 0.10 | 31.00 | RFR |
| Mar-21-19 | Conference call with Trustee and team re updates on all hospitals, first day motions and various case issues at each location | 0.20 | 62.00 | RFR |
| Mar-21-19 | Correspondence from Matt Slack; Emails/Telephone calls with JLH re same | 0.20 | 62.00 | RFR |
| Mar-21-19 | Update re status of potential DIP lenders | 0.30 | 93.00 | RFR |
| Mar-21-19 | Review and finalize Motion for Joint Adminstration; edit and finalize Motions to Shorten Notice | 0.20 | 26.00 | JG |
| Mar-21-19 | Review emails with First Phys. re call; edit calendar | 0.10 | 13.00 | JG |
| Mar-21-19 | File Motion to Shorten Notice, Motion to Joint Admin and Motion for Status Confernce; email to Court re same | 0.20 | 26.00 | JG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-21-19 | Email to receiver re budget | 0.10 | 13.00 | JG |
| Mar-21-19 | Call with BK team re status of all cases | 0.10 | 13.00 | JG |
| Mar-21-19 | Complete service for Motion for Joint Adminstration | 0.40 | 18.00 | JG |
| Mar-21-19 | Update from JLH re status of conversation with Slack | 0.10 | 13.00 | JG |
| Mar-21-19 | Edit App to Employ HRM, affidavit and order; email to Waldrep for review ; email to Waldrep re monthly reporting | 0.10 | 13.00 | JG |
| Mar-22-19 | Follow up re status of Slack application | 0.10 | 31.00 | RFR |
| Mar-22-19 | Telephone call with BA re overview of cases | 0.20 | 62.00 | RFR |
| Mar-22-19 | Telephone call re Fairfax MTD and Haidt representation | 0.20 | 62.00 | RFR |
| Mar-22-19 | Draft Motion to Shorten Fee App Period to 30 Days and draft order; email to JLH/RFR | 0.10 | 13.00 | JG |
| Mar-22-19 | Draft Amended Motion for Joint Adminstration; call with FM re various motions | 0.10 | 13.00 | JG |
| Mar-22-19 | Review Haidt's Motion to Dismiss case and review exhibits | 0.50 | 65.00 | JG |
| Mar-25-19 | Telephone call re Wednesday hearings; Email to team re corporate authority issue | 0.10 | 31.00 | RFR |
| Mar-25-19 | Correspondence re first day hearings | 0.10 | 31.00 | RFR |
| Mar-28-19 | Preparation and participation in court hearings | 0.50 | 197.50 | JLH |
| Mar-29-19 | Meet wtih JLH re global case status and overall issues; Email re application to employ | 0.20 | 62.00 | RFR |
| Mar-29-19 | Telephone call with team re action items and Motions and applications needed | 0.10 | 31.00 | RFR |
| Mar-29-19 | Review docket and save orders/notices to file | 0.10 | 13.00 | JG |
| | Totals | 14.95 | $4,148.75 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Mar-21-19 | Postage Mail Motion for Joint Adminstration 25 @ 0.50 | 12.50 |
| Mar-29-19 | Copy Charges  186 @ 0.20 | 37.20 |
| | Totals | $49.70 |
| | **Total Fee & Disbursements** | **$4,198.45** |
| | **Balance Now Due** | **$4,198.45** |



# BIOGRAPHICAL INFORMATION
# HENDREN, REDWINE & MALONE, PLLC

## JASON L. HENDREN

Jason L. Hendren is a Board Certified Specialist in Business Bankruptcy. Mr. Hendren was admitted to the North Carolina Bar in 1999. He attended Lee University where he earned a Bachelor of Arts degree, magna cum laude, in History and received the departmental award. He received his J.D., magna cum laude, from the University of Tennessee School of Law in 1999. While in law school, Mr. Hendren served on the Tennessee Law Review as an Editor of Student Materials from 1997 through 1999 and was inducted into the Order of the Coif. Mr. Hendren is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Mr. Hendren is regularly selected by Business North Carolina as Legal Elite in Bankruptcy and has also appeared frequently in Super Lawyers Magazine. Mr. Hendren served as Research Assistant to Justices Mark D. Martin and George L. Wainwright, Jr. of the Supreme Court of North Carolina prior to entering private practice. Mr. Hendren is also board certified in business bankruptcy and serves on the board of directors for the Eastern Bankruptcy Institute, Inc. Mr. Hendren speaks frequently on the topic of Chapter 11 bankruptcy.

## REBECCA F. REDWINE

Rebecca F. Redwine is a Board Certified Specialist in Business Bankruptcy. Ms. Redwine earned a Phi Beta Kappa key from North Carolina State University, where she graduated *summa cum laude* with a Bachelor of Arts in English in 2004. She then graduated from the University Of North Carolina School Of Law in 2007, where she was a client coordinator with the *pro bono* Community Legal Project and served on the executive board of the Domestic Violence Advocacy Project. She also served as a research assistant to Administrative Law Judge James J. Brown. Ms. Redwine is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Ms. Redwine is admitted to practice in all state and federal courts in North Carolina. She is a member of the North Carolina Bar Association; the North Carolina Association of Women Attorneys; the American Bar Association; and the North Carolina State Bar. Ms. Redwine is a council member of the North Carolina Bar Association Bankruptcy Section Council and serves as co-chair of the Pro Bono Committee for Council. She works as a volunteer lawyer for Lawyer on the Line. Ms. Redwine has spoken at several bankruptcy seminars, regarding Chapter 11 and Chapter 7 bankruptcies. Ms. Redwine was included in Super Lawyers magazine as a North Carolina Rising Star for years 2010, 2012, 2013 and 2017 through 2019. Additionally, Ms. Redwine was selected as Legal Elite in Bankruptcy from 2013 through 2019 and was selected for the 24th and 25th Edition of Best Lawyers in America in Bankruptcy and Creditor and Debtor Rights.

## JENNY GORMAN

Jenny Gorman is a 2010 graduate of UNC-Wilmington with a Bachelor of Science in Criminal Justice. Ms. Gorman is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Ms. Gorman was employed with Butler & Butler, LLP from 2006 to 2010, focusing in the area of Chapter 7 bankruptcy. Prior to joining Hendren, Redwine & Malone in 2012, Ms. Gorman was a paralegal with the United States Bankruptcy Administrator's Office, focusing on Chapter 11 bankruptcies in the Eastern District of North Carolina. Ms. Gorman spoke at the 2014 Eastern District Seminar on Chapter 11 issues for paralegals. Ms. Gorman has extensive experience in all aspects of Chapter 11 and Chapter 7 bankruptcy proceedings, including consumer and business bankruptcies. Specifically, Ms. Gorman is proficient in preparing bankruptcy schedules and all required pleadings of the Court. On a daily basis, she meets and works closely with the firm's Chapter 11 clients to enable timely filing of monthly reports and to ensure compliance with all document production requirements. In addition to her bankruptcy experience, Ms. Gorman is solely responsible for the firm's daily calendar management system and case management which requires extensive communications with attorneys, paralegals, clients, creditors and court staff.

## ALSTON SHAVE

Alston Shave is a 2004 graduate of UNC Chapel Hill with a Bachelor of Arts in English. Ms. Shave is a 2005 graduate of the Duke University Paralegal Program and a North Carolina Certified Paralegal. Prior to joining Hendren, Redwine & Malone in 2014, Ms. Shave was employed with Brooks, Stevens & Pope from 2006-2014 with a focus in the area of workers' compensation defense. While there, her responsibilities included the drafting of settlement agreements, confidentiality agreements, discovery, motions and proposed orders. In addition, she was responsible for the scheduling of mediations and depositions, as well as maintaining the daily calendars for her attorneys. As a paralegal at Hendren, Redwine & Malone, Ms. Shave focuses on Chapter 7 and 11 bankruptcies and state court matters.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE: )
) Case No. 19-01229-5-JNC
CAH ACQUISITION COMPANY 12, LLC d/b/a )
FAIRFAX COMMUNITY HOSPITAL, ) Chapter 11
)
Debtor. )
)
)

**NOTICE OF APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES**

NOTICE IS HEREBY GIVEN that Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), has filed an Application for Approval to Pay Co-Counsel for the Trustee's Fees; and,

FURTHER NOTICE IS HEREBY GIVEN that Hendren Redwine has applied for compensation in the amount of FOUR THOUSAND ONE HUNDRED FORTY-EIGHT DOLLARS AND 75/100 ($4,148.75) AND FORTY-NINE DOLLARS AND 70/100 ($49.70) for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of FOUR THOUSAND ONE HUNDRED NINETY-EIGHT DOLLARS AND 45/100 ($4,198.45) for the period of March 18, 2019 through March 29, 2019; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATE: April 30, 2019

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
HENDREN, REDWINE & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
CO-COUNSEL FOR CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of April, 2019, I served copies of the foregoing **Notice of Application for Approval to Co-Counsel for the Trustee's Fees** on the parties listed on **Exhibit "A"**, attached hereto, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 30, 2019

                                              s/Jason L. Hendren
                                              Jason L. Hendren
                                              NC State Bar No. 26869
                                              Rebecca F. Redwine
                                              NC State Bar No. 37012
                                              HENDREN, REDWINE & MALONE, PLLC
                                              4600 Marriott Drive, Suite 150
                                              Raleigh, NC 27612
                                              Telephone: (919) 573-1422
                                              Facsimile: (919) 420-0475
                                              Email: jhendren@hendrenmalone.com
                                              CO-COUNSEL FOR CHAPTER 11 TRUSTEE

TO:

| | |
|---|---|
| Marjorie K. Lynch<br>Office of the Bankruptcy Administrator | *(via CM/ECF)* |
| Thomas W. Waldrep<br>Chapter 11 Trustee | *(via CM/ECF)* |
| Rayford K. Adams, III<br>Counsel for the Debtor | *(via CM/ECF)* |



ABBVIE
ATTN: Dept V345
North Chicago, IL 60064

A+ Printing
119 N. 3rd Street
Ponca City, OK 74601-4338

AAAASF Office
PO Box 9500
Gurnee, IL 60031-9500

Accurad Medical Imaging Services
10830 E. Newton Place
Tulsa, OK 74116-5623

Accuratenow
1930 North Poplar Street, Suite 20
Southern Pines, NC 28387-7074

Rayford K. Adams III
Spilman Thomas & Battle, PLLC
110 Oakwood Dr., Suite 500
Winston-Salem, NC 27103-1958

Advance Boiler Repr & SVC
36168 West Highway 51
Mannford, OK 74044-3286

Air Evac EMS
1001 Boardwalk Springs Pl., Ste 250
O Fallon, MO 63368-4100

Airgas USA, LLC
1301 W. South Ave.
Ponca City, OK 74601-5827

Allred Recruiting Group
Po Box 7261
Shawnee Mission, KS 66207-0261

American Osteopathoc Assoc.
142 E. Ontario Street
Chicago, IL 60611-2864

App Group International, LLC
c/o Jason Gang, Esq.
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

Apria Healthcare, LLC
11414 East 51st Street, Suites D-F
Tulsa, OK 74146-5800

Auto Chlor Services, LLC
1714 SE 66th Street
Oklahoma City, OK 73149-5226

BCBS New Mexico/PBPP
4411 The 25 Way
Albuquerque, NM 87109-5857

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Beckman Coulter
250 South Kraemer Blvd.
Brea, CA 92821-6232

Brian Behr
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Bio-Tek Services, Inc.
5310 Laburnum Ave.
Henrico, VA 23231-4414

Briggs Corporation
4900 Univeristy Ave. Suite 200
West Des Moines, IA 50266-6733

Byron Staples
401 S. 7th Street
Fairfax, OK 74637-4513

CAH Acquisition Company 12, LLC
PO Box 955734
Saint Louis, MO 63195-5734

Computer Products & Supplies Int.
975 Nimco Drive, Unit C
Crystal Lake, IL 60014-1734

Comtrix Solutions
22656 Philomont Ridge Court
Ashburn, VA 20148-6737

Dock & Lock Storage
70 Industry Drive
West Haven, CT 06516-1442

Drugs of Abuse Testing Lab
2626 S. Sheridan Road
Tulsa, OK 74129-1024

EPIC
95 3rd Street NE
Waite Park, MN 56387-1298

EPower Doc, Inc.
PO Box 88218
Atlanta, GA 30356-8218

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Empower HMS
1700 Swift Avenue
Suite 200
Kansas City, MO 64116-3834

Evoqua Water Technologies LLC
210 Sixth Avenue
Pittsburgh, PA 15222-2603

Fairfax Chief
100 North 2nd Street
Fairfax, OK 74637-2009

Fairfax Healthcare Authority
Attn: Jeffrey E. Tate, Esq.
Christensen Law Group, PLLC
3401 NW 63rd St., Ste. 600
Oklahoma City, OK 73116-3796

Family Discount Pharmacy
310 Fairview Ave
Ponca City, OK 74601-2001

Fisher Scientific Company, LLC
300 Industry Drive
Pittsburgh, PA 15275-1001

GEHA
Po Box 21542
Eagan, MN 55121-0542

Gas & Supply
125 Thruway Park
Broussard, LA 70518-3601

Gemino Healthcare Finance
1 International Plaza
Suite 220
Philadelphia, PA 19113-1538

Grainger WW Inc.
10707 E. Pine Street
Tulsa, OK 74116-1547

HERC
1415 W. S. Ave
Ponca City, OK 74601-5828

HMC CAH
1100 Main, Suite 2350
Kansas City, MO 64105-5186

HMS Health, LLC
13520 Potomac Riding Lane
Potomac, MD 20850-3556

David J Haidt
Ayers & Haidt, P.A.
PO Box 1544
New Bern, NC 28563-1544

Health Acquisition Company, LLC
700 Chappell Road
Charleston, WV 25304-2704

Heartland Pathology Consultant
3509 French Park Drive, Suite D
Edmond, OK 73034-7291

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hippa-Guard
1608 S. Ashland Ave #86038
Chicago, IL 60608-2013

Horizon Scientific, Inc.
125 Varnfield Drive
Summerville, SC 29483-7358

Hutchison Plumbing
1090 W, Cherokee Street
Jay, OK 74346

IHEALTHCARE INC
3901 NW 28th St., 2nd Floor
Miami, FL 33142-5609

Indian Electric Coopr FMH
2506 E. Old Hwy 64
Cleveland, OK 74020

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KCI USA, Inc.
12930 Interstate Hwy 10 West
San Antonio, TX 78249

Kempton Company
13431 Broadway Ext.
Oklahoma City, OK 73114-2225

Lapcorp
PO Box 12140
Burlington, NC 27216-2140

Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Madison Medical
788 N. Jefferson St., #300
Milwaukee, WI 53202-3723

McKesson Corp
9954 Mayland Drive, Suite 4000
Richmond, VA 23233-1484

| | | |
|---|---|---|
| Medassure<br>920 E. County Line Road, Suite 103<br>Lakewood, NJ 08701-2089 | Medline Indusstries, Inc.<br>8001 SW 47th Street<br>Wheatland, OK 73097 | Medusind, Inc.<br>7725 W. Reno Ave.<br>Oklahoma City, OK 73127-9712 |
| Miller EMS, LLC<br>514 1st Street<br>Medford, OK 73759-2421 | Modular Space Corporation<br>120 Swedesford Road<br>Berwyn, PA 19312 | Mortara Instrument Inc.<br>7865 N 86 Street<br>Milwaukee, WI 53224-3431 |
| NC Department of Revenue<br>Office Services Div., Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | NOA Medical Industries, Inc.<br>801 Terry Lane<br>Washington, MO 63090-3543 | NOA Medical Supply<br>801 Terry Lane<br>Washington, MO 63090-3543 |
| Nursing Homes, LTD. Oklahoma<br>SW of City<br>Nowata, OK 74048 | Office Depot<br>6600 N Military Trail- S416R<br>Boca Raton, FL 33496-2434 | Office Depot<br>820 SW 74th Street<br>Oklahoma City, OK 73139-4503 |
| Oklahoma Advantage Storehouse, LLC<br>403 N. Main Street<br>Fairfax, OK 74637-1547 | Oklahoma Blood Institute<br>4601 E 81st Street<br>Tulsa, OK 74137-1902 | PLICO<br>PO Box 1838<br>Oklahoma City, OK 73101-1838 |
| PRN Funding LLC<br>25101 Chagrin Blvd #250<br>Beachwood, OH 44122-5687 | (p)PACIFIC MEDICAL<br>212 AVENIDA FABRICANTE<br>SAN CLEMENTE CA 92672-7538 | Passport Health Communications, Inc<br>3330 Northwest 56th Street #106<br>Oklahoma City, OK 73112-4426 |
| Patriot Placement Staffing<br>2105 Briarwood Drive<br>Amarillo, TX 79124-1103 | Pawnee Chief<br>588 Illinois Street<br>Pawnee, OK 74058 | Jorge Perez<br>PO Box 955734<br>Saint Louis, MO 63195-5734 |
| Piccpros, LLC<br>7146 S. Braden Ave., Suite 104<br>Tulsa, OK 74136-6371 | Ponca City News<br>300 North Third<br>Ponca City, OK 74601-4330 | Quality Systems, Inc.<br>PO Bolx 511449<br>Los Angeles, CA 90051-8004 |
| Reboot, Inc.<br>PO Box 775535<br>Chicago, IL 60677-5535 | Rebecca F. Redwine<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612-3367 | Respiratory Maintenance, Inc.<br>12312 Birch Street<br>Leawood, KS 66209-3153 |
| Rural Community Hospitals of Americ<br>Attn: Steven F. White<br>700 Chappell Road<br>Charleston, WV 25304-2704 | Shared Medical Services, Inc.<br>PO Box 330<br>Cottage Grove, WI 53527-0330 | Shi Headquarters<br>300 Davidson Ave<br>Somerset, NJ 08873-4175 |

| | | |
|---|---|---|
| Shred It OK City<br>2616 Vermont Avenue<br>Oklahoma City, OK 73108-1049 | Sizewize<br>PO Box 320<br>Ellis, KS 67637-0320 | Standley Systems<br>PO Box 460<br>Chickasha, OK 73023-0460 |
| State of OK - OSU Cntr for Hlth Sci<br>1111 W. 17th Street<br>Tulsa, OK 74107-1886 | Stericycl<br>PO Box 6575<br>Carol Stream, IL 60197-6575 | Sysco Food Services<br>PO Box 1127<br>Norman, OK 73070-1127 |
| The NatL Alliance of Rural Hospital<br>120 North Monroe St.<br>Tallahassee, FL 32301-1531 | Town of Fairfax<br>PO Box 399<br>Fairfax, OK 74637-0399 | Trainim Health Services<br>25197 Network Place<br>Chicago, IL 60673-1251 |
| Tri-Tec Medical Inc.<br>2255 Germantown Road South<br>Germantown, TN 38138-3814 | Trucode LLC<br>PO Box 5847<br>Alpharetta, GA 30023-5847 | US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Building<br>Raleigh, NC 27601-1461 |
| US Specialty Labs<br>11578 Sorrento Valley Road<br>San Diego, CA 92121-1311 | United Linen & Uniform<br>PO Box 4586<br>Bartlesville, OK 74005 | Verison Wireless Services, LLC<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Vonco Medical Products, Inc.<br>1625 W. Crosby Rd., Suite 120<br>Carrollton, TX 75006-6653 | Vyne Education, LLC<br>9020 Overlook Blvd, Suite 140<br>Brentwood, TN 37027-3259 | Thomas W. Waldrep Jr.<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104-4224 |
| Waldrep LLP<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC 27104-4224 | Wallach Surgical Devices<br>95 Corporate Drive<br>Trumbull, CT 06611-1350 | Works & Lentz of Tulsa, Inc.<br>1437 Boulder, Suite 900<br>Tulsa, OK 74119-3631 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Pacific Medical, LLC<br>32981 Calle Perfecto<br>San Juan Capistrano, CA 92675 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.