**SO ORDERED.**

**SIGNED this 11 day of August, 2020.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

CAH ACQUISITION COMPANY #12, LLC
d/b/a Fairfax Community Hospital

CASE NO.
19-01229-5-JNC
CHAPTER 11

DEBTOR

ORDER TO APPEAR FOR STATUS CONFERENCE AND TO SHOW CAUSE

This chapter 11 case was dismissed by order of the court dated March 29, 2019 (Dkt. 40). However, the docket in the case remains active and pending concerning approval of professional fees and other "clean-up" matters. Ample time (over sixteen months) has been provided for the filing of final reports and distribution of any assets on hand. No final report has been submitted.

**IT IS ORDERED** that counsel for the chapter 11 trustee and counsel for the debtor appear at the time and place indicated below to provide a status report and closing proposal, and to show cause, if any there be, as to why other action should not be required by a stated deadline.

DATE: September 22, 2020
TIME:  10:00 a.m.
PLACE: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

**END OF DOCUMENT**