**VAN–047** Certificate of Telephonic or Email Notice – Rev. 01/10/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 12, LLC
PO Box 955734
Saint Louis, MO 63195

CASE NO.: 19–01229–5–JNC

DATE FILED: March 17, 2019

TaxID: 27–1730967

CHAPTER: 11

## CERTIFICATE OF EMAIL NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given email notice on **September 21, 2020** as indicated below:

Thomas Waldrep twaldrep@waldrepllp.com
Jennifer Lyday jlyday@waldrepllp.com
Margie Lynch marjorie_lynch@nceba.uscourts.gov

that a hearing will be held as indicated below:

DATE:    September 22, 2020
TIME:    10:00 AM
PLACE:   Matter will be scheduled by video, teleconference. An invitation to join, the hearing will be sent by email.

to consider and act on the following matters:

Motion to Continue Hearing (related document no. Order to Appear for Status Conference and To Show Cause Hearing.

DATED: September 21, 2020

                                                                    Lisa Payne
                                                                    Deputy Clerk